UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelvin Ford,

                    Petitioner,

    -against-

Warden W.S. Pliler,

                    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

1:21-cv-01470 (AT) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The Court is in receipt of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Respondent's response thereto (ECF No. 11), and Petitioner's reply in further support thereof (ECF No. 19). Petitioner raises in his reply an argument not identified in his Petition—namely, that the 2003 incident serving as the basis for the good-conduct-time deduction at issue should be "expunge[d]" because Petitioner "was never provided a DHO Report" corresponding to that incident, "in contravention of his due process rights." (*Id.* at 2.) The Court hereby grants Respondent leave to file a surreply, of no more than 10 pages, responding to this argument, if he so chooses. Any such surreply shall be filed no later than Thursday, September 30, 2021.

SO ORDERED.

Dated:     New York, New York
            September 16, 2021

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge