UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELVIN FORD,

          Petitioner,

-against-

WARDEN W.S. PILIER,

          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/2/2022_

21 Civ. 1470 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 23, of the Honorable Stewart D. Aaron, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court therefore ADOPTS the R&R in its entirety. Accordingly, Petitioner's petition for a writ of habeas corpus is DENIED. The Clerk of Court is directed to terminate all pending motions, vacate all conferences, and close the case.

      SO ORDERED.

Dated: March 2, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge