**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KELVIN FORD,

                Plaintiff,

      -against-

WARDEN W.S. PILIER,

                Defendant.
-------------------------------------------------------------X

21 **CIVIL** 1470 (AT)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2022, having received no objections to the Report and Recommendation of the Honorable Stewart D. Aaron, the Court reviewed the R&R for clear error, and found none. Santiago v. Colvin, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R is ADOPTED in its entirety. Accordingly, Petitioner's petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
        March 2, 2022

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
                   **BY:**
                                        **Deputy Clerk**