UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/2/2022
```

KELVIN FORD,

                    Petitioner,

          -against-                                        21 Civ. 1470 (AT) (SDA)

WARDEN W.S. PILIER,                                        **ORDER**

                    Respondent.

ANALISA TORRES, District Judge:

          The Clerk of Court is directed to mail a copy of the Court's order adopting the report and
recommendation of the Honorable Stewart D. Aaron, ECF No. 24, to Petitioner *pro se.*

          SO ORDERED.

Dated:  March 2, 2022
        New York, New York

                                        _____
                                             ANALISA TORRES
                                        United States District Judge